IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FLYNN G. FRANKLIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FATHER FLANAGAN'S BOYS HOME,<br><br>　　　　　Defendant. | 8:16CV85<br><br>**AMENDED FINAL PROGRESSION ORDER** |

　　　　This matter is before the court on the parties' Joint Motion to Extend Progression Order, (Filing No. 20). Based upon the representation of the parties,

　　　　IT IS ORDERED, the Final Progression Order, (Filing No. 11) is amended as follows:

　　1)　　The deadline for completing written discovery shall be no later than **December 22, 2016**;

　　2)　　The deadline for completing depositions shall be no later than **December 22, 2016**;

　　3)　　Motions to compel discovery shall be filed by **January 9, 2017**;

　　4)　　The deadline for filing motions to dismiss and motions for summary judgment shall be no later than **January 27, 2017**;

　　5)　　The deadline for filing motions to exclude testimony on Daubert and related grounds shall be **January 31, 2017**;

　　6)　　The telephonic conference currently set for August 30, 2016 to discuss the status of case progression and potential settlement is continued until **January 24, 2017 at 10:00 a.m**. The parties shall use the conferencing instructions found on the docket sheet to participate in the telephonic conference.

7) The non-jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **May 22, 2017 at 9:00 a.m.**, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

8) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **May 9, 2017 at 10:45 a.m.**, and will be conducted by WebEx conferencing. The conferencing instructions as located at Filing No. 12. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on May 5, 2017.

Dated this 25th day of August, 2016

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge